**Motion Granted in Part and Denied in Part and Order filed February 11, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00908-CV
_____

### IN THE INTEREST OF A.M.H. AND R.Q.D., CHILDREN

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-61005**

## O R D E R

Oral argument is scheduled for Wednesday, February 13, 2019. At 2:00 p.m. on Friday, February 8, 2019, appellee filed an unopposed motion for leave to file a surreply brief and to postpone oral argument. We GRANT the motion for leave to file a surreply. The surreply is due on February 25, 2019. Requests for extension will be looked at with disfavor. We DENY the motion to postpone the oral argument.

If the parties do not wish to present oral argument on February 13, 2019, they may waive argument by agreement. **Notification of such waiver shall be filed with this court no later than <u>10:00 a.m.</u> on Tuesday, February 12, 2019.**

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Hassan
(Justice Christopher would deny the motion in its entirety.)